■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON TUCKER, Appellant. — Judgment of the Supreme Court, Kings County (Lentol, J.), rendered February 26, 1981, affirmed. (See *People v Moulton,* 43 NY2d 944;

*People v Singleteary,* 35 NY2d 528, 532.) Titone, J. P., Lazer, Mangano and Thompson, JJ., concur.